```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| VALERIE FULTON-WALKER and | : | CIVIL ACTION |
| CRISTAL SWIFT | : | |
| | : | |
| v. | : | |
| | : | |
| SOUTHEASTERN PENNSYLVANIA | : | |
| TRANSPORTATION AUTHORITY | : | NO. 22-224 |

ORDER

AND NOW, this 9th day of February 2023, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that the motion of defendant Southeastern Pennsylvania Transportation Authority for summary judgment against plaintiffs Valerie Fulton-Walker and Cristal Swift (Doc. #24) is GRANTED.

BY THE COURT:

/s/ Harvey Bartle III
                J.